PROB 12B
(7/93)

Report Date: April 5, 2006

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 01 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy Nash Castilleja     Case Number: 2:02CR02117-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 2/4/2003     Type of Supervision:

Original Offense: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)     Date Supervision Commenced:

Original Sentence: Prison - 51 Months; TSR - 36 Months     Date Supervision Expires:

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Due to the ruling from the Ninth Circuit Court of Appeals in United States v. Stephens, the Court is required to set a maximum amount of drug testings when a defendant is ordered to completed random testings. Mr. Castilleja's Judgement does not set the maximum number of testings to be preformed.

Respectfully submitted,

by  *[signature]*

Al Barrett
U.S. Probation Officer
Date: April 5, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/1/06
_____
Date