PROB 12A
(7/93)

Report Date: April 27, 2006

# United States District Court

**for the**

**Eastern District of Washington**

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 02 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Timothy Nash Castilleja | Case Number: 2:02CR02117-001-RHW |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley | |
| Date of Original Sentence: 2/4/2003 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 4/5/2006 |
| Original Sentence: Prison - 51 Months; TSR - 36 Months | Date Supervision Expires: 4/4/2009 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Timothy Castilleja is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, cocaine, on or prior to April 20, 2006.

On April 20, 2006, the defendant reported to Second Chance in Pasco for a random drug testing. This test returned presumptive positive for cocaine. The defendant phoned this officer and admitted to using cocaine with a friend. He requested to enter drug treatment for his addiction.

**U.S. Probation Officer Action**: On April 24, 2006, the defendant was referred for an assessment and drug treatment.

It would be respectfully requested no action be taken at this time as the defendant is attempting to control his drug addiction. The defendant is also continuing to report for drug testing and is participating is metal health treatment.

Respectfully submitted,

by _David L. McCary_
David L. McCary
U.S. Probation Officer
Date: April 27, 2006

Prob12A
Re: Castilleja, Timothy Nash
April 27, 2006
Page 2

[X]    Court Concurs with Officer Action
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[ ]    Other

                                    _/s/_____
                                    Signature of Judicial Officer

                                    5/1/06
                                    Date